UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


WEYAND & SON, INC.,

    Plaintiff,

vs.                                     CASE NO. 8:08-CIV-1592-T-17-MAP

WOLFER PRODUCE, INC., et al.,

    Defendants.
                                    /


**ORDER**

This cause is before the Court on the plaintiff's motion for entry of final default judgment (Docket No. 27) against Wolfer Produce, Inc., Olin W. Wlson, and Ernest F. Sherwood. There have been no responses filed in a timely manner. The Court notes that the final defendant, Smoot J. Wilson, has not been served yet in the case. Accordingly, it is

**ORDERED** that the plaintiff's motion for entry of final default judgment (Docket No. 27) against Wolfer Produce, Inc., Olin W. Wlson, and Ernest F. Sherwood be **granted**. The Clerk of Court is directed to enter default judgment as to these defendants, jointly and severally, for $77,454.25 principal due; $2,505.77, interest through August 21, 2008; $6,690.25, interest from August 21, 2008 through January 12, 2009; $510.00, costs; and $1,949.73 interest from January 12, 2009 through March 4, 2009 at the per diem of $38.23. The total balance thus being $88,600.00 principal and interest and $510.00 costs. The plaintiffs are **granted** sixty days from this date to serve the remaining defendant in this case, Smoot J. Wilson.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 4th day of March, 2009.



Copies to: All Parties and Counsel of Record